<div style="text-align:center">

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 13-CV-60129-Zloch/Otazo-Reyes

</div>



Steven M. Davis
Becker & Poliakoff, PA
121 Alhambra Plaza, 10th floor
Coral Gables, FL 33134

    Plaintiff (s)
vs.

William A. Evans
8578 NW 47th st
Coral Springs, FL 33067

    Defendant(s).

<div style="text-align:center">

**Formal Response to Summons**

</div>

I, William Evans, in the above styled cause, submit formal response to said summons.

This action lists three separate exhibits, A, B, and C, claim numbers 2008A55765, 2008A55768, and 2008A55783, respectively. Please note and confirm through the Dept of Education that two exhibits, B and C, have previously been fully paid off, receipt exhibit D and E, and should no longer be included in this action. Please confirm, remove from this claim and resubmit the summons if possible.

Once I obtained a permanent full-time position in Sept 2011, I made numerous attempts to gather the outstanding loan information, starting Dec 2011. Over the next 10 months, I was directed from Kansas State University to the National Loans in the Dept of Education, Debt Management Default Resolution, then to the Dept of Justice, then to the National Intake. After dozens of attempts to leave voice mail messages (full voicemail every single attempt) at 305-961-9376, in Sept 2012 the Resolution Department with the Department of Education made an inquiry and redirected me to the Ombudsman Office. On 10/9/2012, the Ombudsman Office sent me back to the same 305 number above but the voice mailbox was finally accepting messages. Two weeks after on 10/12/1012, I received notification (exhibits F and G)

I received written notification from the Department of Education in November, referencing a private council office of Luis Navarro, P.A., of the two claims (exhibit F and G) but did not receive a third claim. Therefore, I would like to request additional time to attend to the third action (exhibit A). I would also like to request possible reduction of the principal, interest or fees associated with this claim. Paying off in full the two claims, exhibit B and C, caused financial distress; a third and larger claim, doubling the principal in interest and fees, will be even more difficult and taxing to address. I would like to request a reasonable resolution, allowing me to address and resolve this claim. Please consider payments of the first two claims as a good faith attempt to fulfill the obligation.

I've attached copies of our certified correspondence, exhibits H and I. As stated in my previous correspondence, I am unable to obtain proof of payment directly from the Dept of Education, but I do have proof of payment via credit card statements, as referenced above exhibit D and E.

Please provide a written response to this document with timelines, or contact me directly. I do not know the next steps required other than this response to the summons I received, but I would like to understand this proceeding and resolve this as quickly and reasonably as possible.

Feb 11, 2013

Respectfully submitted,
William A. Evans

*exhibit D*

**AT&T Universal Rewards
World MasterCard®**

www.universalcard.com

**How to Reach Us**
1-866-580-5802

Account Activity   11/12/2012

**Customer Service**
PO BOX 6500 SIOUX FALLS, SD 57117-6500

**Make checks payable to:**
AT&T UNIVERSAL CARD Processing Center
Des Moines, IA 50363-0005

| New Balance: | Minimum Payment Due: | Payment Due Date: |
|---|---|---|
| **$12,367.30** | **$185.00** | **12/08/2012** |

Make a payment now!

| Summary of Account Activity | |
|---|---|
| Previous Balance | $20.13 |
| Payments | -$20.13 |
| Other Credits | -$0.00 |
| Purchases | +$12,367.30 |
| Cash Advances | +$0.00 |
| Fees Charged | +$0.00 |
| Interest Charged | +$0.00 |
| New Balance | $12,367.30 |
| Past Due Amount | $0.00 |
| Amt. Over Rev. Cr. Lt. | $0.00 |

**Late Payment Warning:** If we do not receive your minimum payment by the date listed above, you may have to pay a late fee of up to $35 and your APRs may be increased up to the variable Penalty APR of 29.99%.

**For information about credit counseling services, call 1-877-337-8187.**

| | | | |
|---|---|---|---|
| Revolving Credit Limit | $13,000 | Available Cash Limit | $0 |
| Avail. Revolving Credit | $632 | Statement Closing Date | 11/12/2012 |
| Cash Advance Limit | $0 | Days in Billing Cycle | 32 |

**thankyou rewards**

Total ThankYou Member
Available Point Balance
As Of 10/31/12:   **1,848**

Log on to www.thankyou.com today to check your latest point balance, redeem for great rewards, and earn more points.

**Payments, Credits and Adjustments**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | 10/23 | CLICK-TO-PAY PAYMENT, THANK YOU | -20.13 |

**Standard Purchases**

| Sale | Post | Description | Amount |
|---|---|---|---|
| 11/06 | 11/06 | US DEPT OF JUSTICE-LOC 800-683-6567  DC | 12,367.30 |

**Fees**

| Sale | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL FEES FOR THIS PERIOD | 0.00 |

**Interest Charged**

| | Post | Description | Amount |
|---|---|---|---|
| | | TOTAL INTEREST FOR THIS PERIOD | 0.00 |

| 2012 Totals Year-to-Date | |
|---|---|
| Total Fees charged in 2012 | $0.08 |
| Total Interest charged in 2012 | $0.00 |

©2012 AT&T and the AT&T logo are trademarks of AT&T Intellectual Property, licensed to Citigroup Inc. MasterCard is a registered trademark of MasterCard International Incorporated.



exhibit E

## Transaction Details

| Trans. Date | Post Date | Description | Amount | Category |
|---|---|---|---|---|
| 11/06/12 | 11/06/12 | US DEPT OF JUSTICE-LOCKB WASHINGTON DC | $ 13,550.91 | Government Services |

### General Transaction Information

| | |
|---|---|
| Original Network Post Date | 11/08/2012 |
| Original Network Trans Date | 11/06/2012 |
| Approval Code | 00625Q |
| Merchant Name | US DEPT OF JUSTICE-LOCKB |
| Merchant City Name | WASHINGTON |
| Merchant Zip Code | 20530 |
| Partial Shipment Indicator | N |
| Merchant Category Description | GOVT SVCS NOT ELSEWHERE CLASSIFIED |
| Broad Industry Description | UTILITIES, GOVERNMENT & EDUCATION |
| POS Mode Description | MANUALLY KEYED |
| Recurring Billing Indicator | N |
| Authorized Merchant Name | US DEPT OF JUSTICE-L |
| Authorized Merchant Street | P.O. BOX 65720 |
| Authorized Merchant State Code | DC |
| Authorized Merchant Zip | |

exhibit F

U.S. Department of Justice
Nationwide Central Facility (NCIF)
2 Constitution Square
145 N. Street, NE 5E.309
Washington, DC 20002

October 12, 2012

William Evans
5861 SW 15th St.
Fort Lauderdale, FL  33317-5307

Re:     Case Name           US VS Evans
        Account Number:     2008A55783/001
        Current Balance:    $13,550.91

Dear William Evans:

   Your debt owed to the United States in the above referenced amount has been assigned to United States Attorney Office/Florida-Southern Private Counsel Office LUIS F. NAVARRO, P.A to initiate or continue legal action against you in the United States District Court for the collection of this debt. In the event an action is filed, this office may seek additional costs and fees.

   To avoid further legal action against you, you should pay this debt in full. Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced account number on the face of your check. To pay by credit card, use the form below or contact the above office at 305-424-2625.

                        Sincerely,

                        U.S. Department of Justice
                        Nationwide Central Intake Facility

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®
SAINT LOUIS MO 63179

| Postage | $ | $0.45 | 0434 |
| Certified Fee | | | |
| Return Receipt Fee (Endorsement Required) | | $0.00 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $3.40 | |

*exhibet G* (handwritten)

U.S. Department of Justice
Nationwide Central Facility (NCIF)
2 Constitution Square
145 N. Street, NE 5E.309
Washington, DC 20002

October 12, 2012

William Evans
5861 SW 15th St.
Fort Lauderdale, FL 33317-5307

Re:   Case Name            US VS Evans
      Account Number:      2008A55768/001
      Current Balance:     $12,367.30

Dear William Evans:

Your debt owed to the United States in the above referenced amount has been assigned to United States Attorney Office/Florida-Southern Private Counsel Office LUIS F. NAVARRO, P.A to initiate or continue legal action against you in the United States District Court for the collection of this debt. In the event an action is filed, this office may seek additional costs and fees.

To avoid further legal action against you, you should pay this debt in full. Send a check or money order payable to the U.S. Department of Justice in the enclosed, self-addressed envelope and include your name and the above referenced account number on the face of your check. To pay by credit card, use the form below or contact the above office at 305-424-2625.

Sincerely,

U.S. Department of Justice
Nationwide Central Intake Facility

Exhibit H

Re: United States v. William A. Evans

CDCS Acct # 2008A55768, 2008A55765, 2008A55783

Mr. Davis,

I would like to dispute the validity of the claims against me, claim #s 2008A55768, 2008A55765, and 2008A55783. Please provide original documentation and verification from the Dept of Education, including the name and addre

Regards,

William Evans

8578 NW 47th st

Coral Springs, FL 33067

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Becker + Poliakoff
121 Alhambra Plz
Coral Gables, FL
33134

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by ( Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from 7012 1640 0002 1096 0401

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

MIAMI FL 33134

| | | |
|---|---|---|
| | $0.45 | 0434 |
| | $2.95 | |
| | $2.35 | |
| | $0.00 | |
| | $5.75 | 10/30/2012 |

CORAL SPRINGS BRANCH FLORIDA 33065 OCT 30 2012

Becker

7012 1640 0002 1096 0401



exhibit I

January 8, 2013

Mr. Davis,

Thank you for sending the documentation about my student loan; however, I have paid of those loans. Over the past several of weeks, I have left numerous messages with the Department of Justice to obtain some sort of documentation for you. I have not received a single callback. I have also contacted the Department of Education and Debt Management number that I had. According to the Department of Education, my payments were received. Can you contact the Department of Justice to confirm my payment?

Sincerely,


William Evans

